UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SENIOR HOUSING ASSISTANCE GROUP, a Washington non-profit corporation,

Plaintiff,

v.

AMTAX HOLDINGS 260, LLC, an Ohio limited liability corporation; PROTECH HOLDINGS W, LLC, an Ohio limited liability corporation; AMTAX HOLDINGS 259, LLC, an Ohio limited liability corporation; AMTAX HOLDINGS 261, LLC, an Ohio limited liability corporation; AMTAX HOLDINGS 258, LLC, an Ohio limited liability corporation; AMTAX HOLDINGS 257, LLC, an Ohio limited liability corporation; AMTAX HOLDINGS 164, LLC, an Ohio limited liability corporation; PROTECH 2002-A, LLC, an Ohio limited liability corporation; AMTAX HOLDINGS 109, LLC, an Ohio limited liability corporation; and PROTECH 2001-B, LLC, an Ohio limited liability corporation;

Defendants.

No. 2:17-cv-01115

**NOTICE OF APPEARANCE**



**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789

TO: CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

Jessica C. Kerr enters an appearance as attorney of record for Plaintiff Senior Housing Assitance Group in the above-entitled action. Service of all further pleadings and papers in this cause, except original process, should be made upon the undersigned attorneys at the address stated below. Michael R. Scott also of HILLIS CLARK MARTIN & PETERSON P.S. continues to represent Plaintiff in the above-entitled action.

DATED this 24th day of July, 2017.

HILLIS CLARK MARTIN & PETERSON P.S.

By *s/ Jessica C. Kerr*

Michael R. Scott, WSBA #12822
Jessica C. Kerr, WSBA #49866
Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: michael.scott@hcmp.com;
jessica.kerr@hcmp.com

Attorneys for Plaintiff
Senior Housing Assistance Group