THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>          Plaintiff,<br><br>   v.<br><br>AMTAX HOLDINGS 260, LLC, et al.,<br><br>          Defendants. | No. 2:17-cv-01115-RSM<br><br>STIPULATION REGARDING INITIAL CASE DEADLINES AND [PROPOSED] ORDER<br><br>**NOTED ON MOTION CALENDAR:**<br>**August 16, 2017** |

Plaintiff Senior Housing Assistance Group ("SHAG") and Defendants AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC (collectively, "AMTAX") hereby stipulate and agree as follows:

    1.    SHAG's complaint was filed on July 21, 2017.

    2.    AMTAX's response is currently due on August 23, 2017.

    3.    Under the Court's July 28 scheduling order, Dkt. No. 4, the deadline for the parties to hold a Rule 26(f) conference is August 25, 2017, the deadline for exchanging initial disclosures is September 1, 2017, and the parties' combined joint status report and discovery plan is due on September 8, 2017.

STIPULATION AND [PROPOSED] ORDER
(No. 2:17-cv-01115-RSM) –1

136582793.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. In light of vacations and other commitments, a short extension is necessary to allow AMTAX sufficient time to respond and to ensure that the parties' Rule 26(f) conference is productive and that the initial disclosures and joint status report requirements can be met.

5. Therefore, SHAG and AMTAX stipulate that:

   a. The deadline for filing AMTAX's response to the complaint is extended to September 15, 2017.

   b. The deadline for the parties to hold a Rule 26(f) conference is extended to September 15, 2017.

   c. The deadline for exchanging initial disclosures is extended to September 15, 2017.

   d. The deadline for filing the parties' combined joint status report and discovery plan is extended to September 22, 2017.

RESPECTFULLY SUBMITTED this 16th day of August, 2017.

**Perkins Coie LLP**

By: s/ David J. Burman
David J. Burman, WSBA #10611
Steven D. Merriman, WSBA #44035
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  DBurman@perkinscoie.com
            SMerriman@perkinscoie.com

**Boies Schiller Flexner LLP**

Christopher Caldwell, *pro hac* vice forthcoming
Eric Pettit, *pro hac vice* forthcoming
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone:  213 629 9040
Facsimile:  213 629 9022
Email:  ccaldwell@bsfllp.com
            epettit@bsfllp.com

STIPULATION AND [PROPOSED] ORDER
(No. 2:17-cv-01115-RSM) –2

136582793.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

|   |   |
|---|---|
| 1 |   |
| 2 | Counsel for Defendants AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC |

HILLIS CLARK MARTIN & PETERSON P.S.

By: s/ Michael R. Scott
Michael R. Scott, WSBA #12822
Jessica C. Kerr, WSBA #49866
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: michael.scott@hcmp.com;
jessica.kerr@hcmp.com

Attorneys for Plaintiff
Senior Housing Assistance Group

**IT IS SO ORDERED.**

DATED: August __, 2017

_____
The Honorable Ricardo S. Martinez
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
(No. 2:17-cv-01115-RSM) –3

136582793.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

On August 16, 2017, I caused a copy of the STIPULATION REGARDING INITIAL CASE DEADLINES AND [PROPOSED] ORDER to be electronically filed via the Court's Electronic Case Filing System, which will notify all attorneys of record of the filing.

By: <u>/s/ David J. Burman</u>
David J. Burman

CERTIFICATE OF SERVICE
(No. 2:17-cv-01115-RSM) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000