# United States District Court
# Western District of Washington

SENIOR HOUSING ASSISTANCE GROUP

Plaintiff(s)

V.

AMTAX HOLDINGS 260, LLC, ET AL.

Defendant(s)

Case Number: 2:17-CV-01115RSM

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

NOAH PEREZ-SILVERMAN hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

AMTAX HOLDINGS 260, LLC; PROTECH HOLDINGS W, LLC; AMTAX HOLDINGS 259, LLC; AMTAX HOLDINGS 261, LLC; AMTAX HOLDINGS 258, LLC; AMTAX HOLDINGS 257, LLC; AMTAX HOLDINGS 164, LLC; PROTECH 2002-A, LLC; AMTAX HOLDINGS 109, LLC; and PROTECH 2001-B, LLC

The particular need for my appearance and participation is:

We are long-time counsel for defendants and represented them in negotiations concerning this dispute prior to the filing of the complaint. Defendants have requested that I continue to represent them now that plaintiff has chosen to file a lawsuit.

I, NOAH PEREZ-SILVERMAN understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Aug 17, 2017 Signature of Applicant: s/ NOAH PEREZ-SILVERMAN

Pro Hac Vice Attorney
Applicant's Name: NOAH PEREZ-SILVERMAN

Law Firm Name: BOIES SCHILLER & FLEXNER LLP

Street Address 1: 725 S. FIGUEROA ST.

Address Line 2: 31ST FLOOR

City: LOS ANGELES State: California Zip: 90017

Phone Number w/ Area Code 213-629-9040 Bar # 260998 State California

Primary E-mail Address: NPerez-Silverman@bsfllp.com Secondary E-mail Address:

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant NOAH PEREZ-SILVERMAN is unable to be present upon any date assigned by the court.

Date: Aug 18, 2017 Signature of Local Counsel: s/ DAVID J. BURMAN

Local Counsel's Name: DAVID J. BURMAN Bar # 10611

Law Firm Name: PERKINS COIE LLP

Street Address 1: 1201 THIRD AVENUE

Address Line 2: SUITE 4900

City: SEATTLE State: Washington Zip: 98101-3099

Phone Number w/ Area Code Example: 999-999-9999 206-359-8000

# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4 By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

s/ NOAH PEREZ-SILVERMAN — Aug 17, 2017

**Signature** (use an "s/" and type your name) — **Date Signed**