THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP, a Washington non-profit corporation,<br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>AMTAX HOLDINGS 260, LLC, an Ohio limited liability corporation; PROTECH HOLDINGS W, LLC, an Ohio limited liability corporation; AMTAX HOLDINGS 259, LLC, an Ohio limited liability corporation; AMTAX HOLDINGS 261, LLC, an Ohio limited liability corporation; AMTAX HOLDINGS 258, LLC, an Ohio limited liability corporation; AMTAX HOLDINGS 257, LLC, an Ohio limited liability corporation; AMTAX HOLDINGS 164, LLC, an Ohio limited liability corporation; PROTECH 2002-A, LLC, an Ohio limited liability corporation; AMTAX HOLDINGS 109, LLC, an Ohio limited liability corporation; and PROTECH 2001-B, LLC, an Ohio limited liability corporation;<br><br>　　　　　　　　　Defendants. | No. 2:17-cv-01115-RSM<br><br>**PLAINTIFF'S CR 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Senior Housing Assistance Group ("SHAG"), by counsel, furnishes the

following information in compliance with Federal Rule of Civil Procedure 7.1:

*Plaintiff's CR 7.1 Corporate Disclosure Statement – (2:17-cv-01115-RSM) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789

SHAG is a non-profit corporation organized under Washington law.  No other corporate entity has any ownership interest in SHAG.

DATED this 11th day of September, 2017.

                                              HILLIS CLARK MARTIN & PETERSON P.S.

                                      By   s/ *Jake Ewart*
                                                Michael R. Scott, WSBA #12822
                                                Jake Ewart, WSBA #38655
                                                Jessica C. Kerr, WSBA #49866
                                                Hillis Clark Martin & Peterson P.S.
                                                999 Third Avenue, Suite 4600
                                                Seattle, Washington  98104
                                                Telephone:  (206) 623-1745
                                                Facsimile:  (206) 623-7789
                                                Email:  michael.scott@hcmp.com;
                                                        jake.ewart@hcmp.com;
                                                        jessica.kerr@hcmp.com

                                              Attorneys for Plaintiff
                                              Senior Housing Assistance Group

*Plaintiff's CR 7.1 Corporate Disclosure Statement – (2:17-cv-01115-RSM) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington  98104
Tel: (206) 623-1745 Fax: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of Septemper, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Christopher G Caldwell
  ccaldwell@bsfllp.com,BSF_LAD_Records@BSFLLP.com
- David J. Burman
  dburman@perkinscoie.com, docketsea@perkinscoie.com, jmccluskey@perkinscoie.com
- Noah Perez-Silverman
  nperez-silverman@bsfllp.com
- Steven Douglas Merriman
  smerriman@perkinscoie.com, docketsea@perkinscoie.com, tbrandon@perkinscoie.com

DATED this 11th day of September, 2017, at Seattle, Washington.

                                  s/ *Jake Ewart*
                                  Jake Ewart
                                  Hillis Clark Martin & Peterson P.S.
                                  999 Third Avenue, Suite 4600
                                  Seattle, Washington 98104
                                  Telephone: (206) 623-1745
                                  Facsimile: (206) 623-7789
                                  Email: jake.ewart@hcmp.com

*Plaintiff's CR 7.1 Corporate Disclosure Statement – (2:17-cv-01115-RSM) - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789