# EXHIBIT A

# GLOBAL INDEMNITY AGREEMENT

**This Indemnity Agreement** (the "Agreement") is made effective on this 12th day of July, 2001, by **PACIFIC NORTHERN CONSTRUCTION COMPANY, INC.**, a Washington corporation ("PNCC"), and the undersigned affiliates of PNCC, in favor of the **SENIOR HOUSING ASSISTANCE GROUP**, a Washington nonprofit corporation ("SHAG"), and the **SENIOR HOUSING ASSISTANCE CORPORATION**, a Washington corporation ("SHAC").

**WHEREAS**, prior to the effective date hereof, SHAG and/or SHAC have been admitted as general partners to several Washington limited partnerships (the "Project Partnerships"), as identified on the Listing of Ownership and Sponsorship of Affordable Retirement Living Facilities attached hereto as Exhibit A, and, pursuant to certain Operating Use Lease Agreements (the "Operating Leases"), SHAG serves as the Operator of certain affordable retirement living facilities (each, a "Facility" and collectively, the "Facilities"), as identified on the Listing of Ownership and Sponsorship of Affordable Retirement Living Facilities attached hereto as Exhibit A owned by such Project Partnerships (in such capacity, the "Owners");

**WHEREAS**, as identified on the Listing of Ownership and Sponsorship of Affordable Retirement Living Facilities attached hereto as Exhibit A, one or more of the undersigned affiliates of PNCC serves as the Developer of the Facilities owned by the Project Partnerships and/or serves as a Co-General Partners of one or more of such Project Partnerships;

**WHEREAS**, the Project Partnerships, as the Owners, and the undersigned affiliates of PNCC, as the Developers, entered into certain Development Services Agreements, Amended and Restated Development Contracts, Project Management Agreements and/or Asset Management Agreements (collectively, the "Development Contracts") regarding the development, construction, lease-up and operation of the corresponding Facilities;

**WHEREAS**, as a condition of obtaining construction and/or permanent financing for the Facilities (the "Project Financing") or obtaining tax credit equity funding in connection with the admission of tax credit equity investor partners to the Project Partnerships (the "Equity Financing") pursuant to the Agreements of Limited Partnership of the Project Partnerships (as amended and restated, the "Project Partnership Agreements"), SHAG and/or SHAC may have been required to execute certain documents, instruments or agreements, including certain guarantees, waivers and/or indemnities on its own behalf or on behalf of the Project Partnerships; and

**WHEREAS**, in accordance with the Development Contracts, PNCC and/or one or more of the undersigned affiliates of PNCC are responsible for any development cost overruns or operating deficits associated with the Facilities in their capacity as the Developers of the Facilities or as guarantors under the Project Financing or Equity Financing (in such capacity, the "Guarantors"), it being the intent of the parties that SHAG and SHAC not be liable for any obligations or liabilities of, or any claims or damages against, the Developer, the Guarantors, the Project Partnerships, or the General Partners beyond their initial Capital Contribution as General Partners of the Project Partnership; and

**WHEREAS**, the General Partners of the Project Partnerships and Developers of the Facilities have been granted certain rights of first refusal (the "ROFR") to purchase either the Facilities from the Project Partnerships or the partnership interests of the tax credit investor limited partners after the expiration of the 15-year tax credit compliance period, and, in exchange for executing and delivering this Agreement and continuing to provide financial support, guarantees and indemnifications to or for the benefit of the Project Partnerships and the General Partners with respect to the Facilities pursuant to the Development Contracts, the Project Financing, the Equity Financing, and/or the Project Partnership Agreements, and for agreeing to pay any tax liability of the tax credit investor limited partners and all transaction costs associated with the exercise of a ROFR, it is the understanding of the parties that the ownership of the Facilities after the exercise of the ROFR will be arranged such that the Developers and Co-General Partners affiliated with PNCC will maintain the same direct or indirect economic ownership percentage in each of the Facilities as they enjoyed immediately before the expiration of the 15-year tax credit compliance period and the exercise of the ROFR and SHAG and/or SHAC would succeed to the direct or indirect economic ownership percentage of the tax credit investor limited partners at the time of the exit of such tax credit investor limited partners from the Project Partnerships.

NOW, THEREFORE, in consideration of the mutual benefits to be derived by the parties, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, PNCC and the undersigned affiliates of PNCC hereby agree, represent and warrant as follows, and SHAG and SHAC acknowledge and accept the terms and conditions of this Agreement as follows:

1. If SHAG or SHAC and/or any of their directors, officers, employees or agents (the "Indemnified Parties") become liable for any costs, expenses (including reasonable attorneys' fees), obligations, claims, damages or other liabilities in connection with the development, construction, financing, ownership or operation of the Facilities (the "Indemnified Obligations"), including any Indemnified Obligations arising under any guarantees, waivers and/or indemnities made or given in connection with the Project Financing, the Equity Financing or the Project Partnership Agreements, then the undersigned affiliates of PNCC serving as the Developer of the Facilities, the Guarantors under the Project Financing, the Equity Financing or the Project Partnership Agreements, and/or as Co-General Partners of the corresponding Project Partnership, shall indemnify and hold harmless each of the Indemnified Parties from and against any and all

Indemnified Obligations to the extent that the Indemnified Parties are required to discharge such Indemnified Obligations in whole or in part and such Indemnified Obligations are not attributable to their own gross negligence or intentional misconduct (the "Indemnification").

2. The Indemnification contained in Paragraph 1 hereof shall be a recourse obligation of PNCC and/or the undersigned affiliates of PNCC serving as the Developers of the Facilities, the Guarantors under the Project Financing, the Equity Financing or the Project Partnership Agreements, and/or as Co-General Partners of the corresponding Project Partnerships and shall survive the Development Contracts, the Project Financing, the Equity Financing, the Project Partnership Agreements and the Operating Leases.

3. In exchange for executing and delivering this Agreement and continuing to provide financing support, guarantees and indemnifications to or for the benefit of the Project Partnerships and the General Partners with respect to the Facilities pursuant to the Development Contracts, the Project Financing, the Equity Financing, and/or the Project Partnership Agreements, and for agreeing to pay any tax liability of the tax credit investor limited partners and all transaction costs associated with the exercise of a ROFR, it is understood and agreed by the parties that the ownership of the Facilities after the exercise of the ROFR will be arranged such that the Developers and/or Co-General Partners affiliated with PNCC will maintain the same direct or indirect economic ownership percentage in each of the Facilities as they enjoyed immediately before the expiration of the 15-year tax credit compliance period and the exercise of the ROFR and SHAG and/or SHAC would succeed to the direct or indirect economic ownership percentage of the tax credit investor limited partners at the time of the exit of such tax credit investor limited partners from the Project Partnerships.

**[The remainder of this page is left intentionally blank. Executing signatures are on the following page.]**

**IN WITNESS WHEREOF**, the parties have executed this Agreement effective on the day and year first above written.

**PNCC**:

PACIFIC NORTHERN CONSTRUCTION COMPANY, INC.,
a Washington corporation

By: ______________________
Bryan M. Park, President

**AFFILIATES OF PNCC**:

PACIFIC NORTHERN DEVELOPMENT ASSOCIATES, L.L.C.,
a Washington liability company

By Pacific Northern Construction Company, Inc.,
a Washington corporation, Manager

By: ______________________
Bryan M. Park, President

ONYX HOUSING CORPORATION,
a Washington corporation

By: ______________________
Bryan M. Park, President

PARK HOUSING CORPORATION,
a Washington corporation

By: ______________________
Bryan M. Park, President

JAMES HOUSING CORPORATION,
a Washington corporation

By: ______________________
Bryan M. Park, Secretary/Treasurer

FOX HOUSING ENTERPRISES, INC.,
a Washington corporation

By: ______________________
Bryan M. Park, President

STEEL LAKE ENTERPRISES, L.L.C.,
a Washington limited liability company

By: ______________________
Paul Scott Price, Manager

HERITAGE ENTERPRISES OF WASHINGTON, L.L.C.,
a Washington limited liability company

By: ______________________
Paul Scott Price, Manager

EARL PRICE FAMILY TRUST,
an irrevocable trust

By: ______________________
Victor Karpiak, Co-Trustee

PRICE ENTERPRISES OF WASHINGTON, L.L.C.,
a Washington liability company

By Earl Price Family Trust,
an irrevocable trust, Manager

By: ______________________
Victor Karpiak, Co-Trustee

ACKNOWLEDGMENT AND ACCEPTANCE BY SHAG AND SHAC:

SENIOR HOUSING ASSISTANCE GROUP,
a Washington nonprofit corporation

By ______________________
James E. Sullivan, President

SENIOR HOUSING ASSISTANCE CORPORATION,
a Washington corporation

By: ______________________
James E. Sullivan, President

# EXHIBIT A

## Listing of Ownership and Sponsorship of Affordable Retirement Living Facilities

| Name and Location of Facility | Name of Legal Owner | Name of Managing General Partner | Name(s) of Other General Partner(s) | Name of Developer |
|---|---|---|---|---|
| Campbell Gardens Apartments<br>Seattle, WA | Campbell Gardens Apartments Limited Partnership | Senior Housing Assistance Group | Earl Price Family Trust | Earl Price Family Trust |
| Queen Anne Gardens Apartments<br>Seattle, WA | Q.A.G. Limited Partnership | Senior Housing Assistance Group | Earl Price Family Trust | Earl Price Family Trust |
| Spencer Court Apartments<br>Renton, WA | Spencer Court Apartments Limited Partnership | Senior Housing Assistance Group | Earl Price Family Trust | Earl Price Family Trust |
| Webster Court Apartments<br>Kent, WA | Webster Court Apartments Limited Partnership | Senior Housing Assistance Group | Earl Price Family Trust | Earl Price Family Trust |
| Cedar River Court Apartments<br>Renton, WA | Cedar River Court Apartments Limited Partnership | Price Enterprises of Washington, L.L.C. | Senior Housing Assistance Group<br>LNR Cedar River Limited, Inc. | Earl Price Family Trust |
| Titus Court Apartments<br>Kent, WA | Titus Court Apartments Limited Partnership | Price Enterprises of Washington, L.L.C. | Senior Housing Assistance Group<br>LNR Titus Limited, Inc. | Earl Price Family Trust |
| Meeker Court Apartments<br>Kent, WA | Meeker Court Apartments Limited Partnership | Heritage Enterprises of Washington, L.L.C. | LNR Tri-Court Limited, Inc. | Heritage Enterprises of Washington, L.L.C. |

| Name and Location of Facility | Name of Legal Owner | Name of Managing General Partner | Name(s) of Other General Partner(s) | Name of Developer |
|---|---|---|---|---|
| Green River Court Apartments Kent, WA | Green River Court Apartments Limited Partnership | James Housing Corporation | LNR Tri-Court Limited, Inc. | Heritage Enterprises of Washington, L.L.C. |
| Park Court Apartments Kent, WA | Park Court Apartments Limited Partnership | Onyx Housing Corporation | LNR Tri-Court Limited, Inc. | Onyx Housing Corporation |
| Gowe Court Apartments Kent, WA | Gowe Court Apartments Limited Partnership | RPM Associates, L.L.C. | LNR Gowe Limited, Inc. | RPM Associates, L.L.C. |
| Meridian Court Apartments Federal Way, WA | Meridian Court Apartments Limited Partnership | Steel Lake Enterprises, L.L.C. | LNR Federal Way Limited, Inc. | Steel Lake Enterprises, L.L.C. |
| Willamette Court Apartments East Wenatchee, WA | Willamette Court Apartments Limited Partnership | Steel Lake Enterprises, L.L.C. | LNR Federal Way Limited, Inc. | Steel Lake Enterprises, L.L.C. |
| Willamette Court Apartments Federal Way, WA | Willamette Court Apartments Limited Partnership | Steel Lake Enterprises, L.L.C. | LNR Federal Way Limited, Inc. | Steel Lake Enterprises, L.L.C. |
| Conservatory Place Apartments I Tacoma, WA | Conservatory Place Limited Partnership | Park Housing Corporation | LNR Conservatory Place Limited, Inc. | Fox Housing Enterprises, Inc. |
| Conservatory Place Apartments II Tacoma, WA | Commencement Place Limited Partnership | Park Housing Corporation | LNR Commencement Place Limited, Inc. | Fox Housing Enterprises, Inc. |
| Auburn Court Apartments Auburn, WA | Auburn North Associates Limited Partnership | Senior Housing Assistance Group | LNR Auburn Limited, Inc. | Fox Housing Enterprises, Inc. |

| Name and Location of Facility | Name of Legal Owner | Name of Managing General Partner | Name(s) of Other General Partner(s) | Name of Developer |
|---|---|---|---|---|
| Boardwalk Apartments Olympia, WA | Capitol Way Associates Limited Partnership | Senior Housing Assistance Corporation | LNR Capitol Way Limited, Inc. | Fox Housing Enterprises, Inc. |
| WoodRose Apartments Bellingham, WA | Racine Street Associates Limited Partnership | Senior Housing Assistance Corporation | LNR Racine Street Limited, Inc. | Pacific Northern Development Associates, L.L.C. |
| Lakewood Meadows Apartments Lakewood, WA | Lakewood Meadows Associates Limited Partnership | Lakewood Meadows Enterprises, LLC (Senior Housing Assistance Corporation, Manager) | LNR Lakewood Meadows Limited, Inc. | Lakewood Meadows Enterprises, LLC (Senior Housing Assistance Corporation, Manager) |
| Sunset Apartments Puyallup, WA | South Hill Associates (2001) Limited Partnership | Senior Housing Assistance Group | Senior Housing Assistance Corporation | Pacific Northern Development Associates, L.L.C. |
| Alderwood Court Apartments Lynnwood, WA | Alderwood Court Associates Limited Partnership | Lynnwood Retirement Living, LLC (Senior Housing Assistance Corporation, Manager) | | Lynnwood Retirement Living, LLC (Senior Housing Assistance Corporation, Manager) |
| Woodlands Apartments Kirkland, WA | Woodlands Apartments (2001) Limited Partnership | Woodlands Associates, LLC (Senior Housing Assistance Corporation, Manager) | | Woodlands Associates, LLC (Senior Housing Assistance Corporation, Manager) |