THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>       Plaintiff,<br><br>   v.<br><br>AMTAX HOLDINGS 260, LLC, et al.,<br><br>       Defendants. | No. 2:17-cv-01115-RSM<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF PROTECH HOLDINGS 2001-B, LLC** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>       Counter-Plaintiffs,<br><br>   v.<br><br>SENIOR HOUSING ASSISTANCE GROUP, et al.,<br><br>       Counter-Defendants. | |

RULE 7.1 DISCLOSURE STATEMENT OF
PROTECH HOLDINGS 2001-B, LLC
(No. 2:17-cv-01115-RSM) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Defendant and Counter-Plaintiff PROTECH HOLDINGS 2001-B, LLC ("Protech 2001-B"), by counsel, furnishes the following information in compliance with Rule 7.1 of the Federal Rules of Civil Procedure:

Protech 2001-B is a limited liability company organized under Ohio law.  Protech 2001-B does not have any corporate parent, and no publicly held corporation owns 10% or more of its stock.

RESPECTFULLY SUBMITTED this 15th day of September, 2017.

**Perkins Coie LLP**

By: s/ Steven D. Merriman
David J. Burman, WSBA #10611
Steven D. Merriman, WSBA #44035
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  DBurman@perkinscoie.com
           SMerriman@perkinscoie.com


**Boies Schiller Flexner LLP**

Christopher Caldwell, admitted *pro hac vice*
Eric Pettit, admitted *pro hac vice*
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone:  213 629 9040
Facsimile:  213 629 9022
Email:  ccaldwell@bsfllp.com
           epettit@bsfllp.com

Counsel for AMTAX/Protech AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC

RULE 7.1 DISCLOSURE STATEMENT OF
PROTECH HOLDINGS 2001-B, LLC
(No. 2:17-cv-01115-RSM) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

On September 15, 2017, I caused a copy of the RULE 7.1 DISCLOSURE STATEMENT OF PROTECH HOLDINGS 2001-B, LLC to be electronically filed via the Court's Electronic Case Filing System, which will notify all attorneys of record of the filing.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 15th day of September, 2017.

By:   /s/ Steven D. Merriman
Steven D. Merriman

CERTIFICATE OF SERVICE
(No. 2:17-cv-01115-RSM) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000