THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>AMTAX HOLDINGS 260, LLC, et al.<br><br>Defendants/Counter-Plaintiffs. | No. 2:17-cv-01115-RSM<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING JOINT STATUS REPORT DEADLINE**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 22, 2017** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>SENIOR HOUSING ASSISTANCE CORPORATION, et al.<br><br>Third-Party Defendants. | |



**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789

**STIPULATION**

On September 15, 2017, the AMTAX Defendants filed third-party claims against five new third-party defendants. (Dkt. #26.) At present, the parties' combined joint status report and discovery plan is due September 22, 2017. (Dkt. #11.) In order to give the new third-party defendants time to obtain counsel and participate in crafting the joint status report and discovery plan, the parties that have appeared in this action, by and through their undersigned counsel, stipulate and agree to extend the joint status report deadline by two weeks, making it due on October 6, 2017.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED this 22nd day of September, 2017

HILLIS CLARK MARTIN & PETERSON P.S.

By *s/ Jessica C. Kerr*

Michael R. Scott, WSBA #12822
Jake Ewart, WSBA #38655
Jessica C. Kerr, WSBA #49866
Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: michael.scott@hcmp.com;
jake.ewart@hcmp.com;
jessica.kerr@hcmp.com
Attorneys for Plaintiff/Counter-Defendant
Senior Housing Assistance Group

PERKINS COIE LLP

By s/ *David J. Burman*
David J. Burman, WSBA # 10611
Steven D. Merriman, WSBA # 44035
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: DBurman@perkinscoie.com;
SMerriman@perkinscoie.com

BOIES SCHILLER FLEXNER LLP
Christopher G. Caldwell, *pro hac vice*
Eric S. Pettit, *pro hac vice*
Noah Perez-Silverman, *pro hac vice*
Boies Schiller Flexner LLP
725 S Figueroa Streeet, 31st Floor
Los Angeles, CA 90017
Telephone: (213) 629-9040
Facsimile: 213 629 9022
Email: ccaldwell@bsfllp.com;
nperez-silverman@bsfllp.com;
epettit@bsfllp.com
Attorneys for Defendants/Counter-Plaintiffs AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC

**ORDER**

IT IS SO ORDERED

DATED this ___ day of September, 2017.

______________________________
HON. RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE



**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of Septemper, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Christopher G Caldwell
  ccaldwell@bsfllp.com, BSF_LAD_Records@BSFLLP.com
- David J. Burman
  dburman@perkinscoie.com, docketsea@perkinscoie.com, jmccluskey@perkinscoie.com
- Noah Perez-Silverman
  nperez-silverman@bsfllp.com
- Eric S Pettit
  epettit@bsfllp.com
- Steven Douglas Merriman
  smerriman@perkinscoie.com, docketsea@perkinscoie.com, tbrandon@perkinscoie.com

DATED this 22nd day of September, 2017 at Seattle, Washington.

s/ *Jessica C. Kerr*

Jessica C. Kerr
Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: jessica.kerr@hcmp.com