THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>                Plaintiff/Counter-Defendant,<br><br>    v.<br><br>AMTAX HOLDINGS 260, LLC, et al.<br><br>                Defendants/Counter-Plaintiffs. | No. 2:17-cv-01115-RSM<br><br>**THIRD-PARTY DEFENDANT SENIOR HOUSING ASSISTANCE CORPORATION'S CR 7.1 CORPORATE DISCLOSURE STATEMENT** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>                Third-Party Plaintiffs,<br><br>    v.<br><br>SENIOR HOUSING ASSISTANCE CORPORATION, et al.<br><br>                Third-Party Defendants. | |

Third-Party Defendant Senior Housing Assistance Corporation ("SHAC"), by counsel, furnishes the following information in compliance with Federal Rule of Civil Procedure 7.1:

//

//

*Senior Housing Assistance Corporation's CR 7.1 Corporate Disclosure Statement (2:17-cv-01115-RSM) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789

SHAC is a corporation organized under Washington law.  SHAC is wholly-owned by Senior Housing Assistance Group ("SHAG"), a Washington non-profit corporation.  No other corporate entity has any ownership interest in SHAG.

DATED this 2nd day of October, 2017.

HILLIS CLARK MARTIN & PETERSON P.S.

By  s/ *Michael R. Scott*
Michael R. Scott, WSBA #12822
Jake Ewart, WSBA #38655
Jessica C. Kerr, WSBA #49866
Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, Washington  98104
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  michael.scott@hcmp.com;
jake.ewart@hcmp.com;
jessica.kerr@hcmp.com

Attorneys for Plaintiff/Counter-Defendant Senior Housing Assistance Group and Third-Party Defendant Senior Housing Assistance Corporation

*Senior Housing Assistance Corporation's CR 7.1 Corporate Disclosure Statement (2:17-cv-01115-RSM) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue,  Suite 4600
Seattle, Washington   98104
Tel: (206) 623-1745 Fax: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Christopher G. Caldwell
  ccaldwell@bsfllp.com, BSF_LAD_Records@BSFLLP.com
- David J. Burman
  dburman@perkinscoie.com, docketsea@perkinscoie.com, jmccluskey@perkinscoie.com
- Dennis H. Walters
  dwalters@karrtuttle.com, jnesbitt@karrtuttle.com, swatkins@karrtuttle.com
- Noah Perez-Silverman
  nperez-silverman@bsfllp.com
- Eric S. Pettit
  epettit@bsfllp.com
- Steven Douglas Merriman
  smerriman@perkinscoie.com, docketsea@perkinscoie.com, tbrandon@perkinscoie.com

DATED this 2nd day of October, 2017 at Seattle, Washington.

        *s/ Michael R. Scott*
Michael R. Scott
Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: michael.scott@hcmp.com

---

*Senior Housing Assistance Corporation's CR 7.1 Corporate Disclosure Statement (2:17-cv-01115-RSM) - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789