UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>                  Plaintiff,<br><br>   v.<br><br>AMTAX HOLDINGS 260, LLC, et al.,<br><br>                  Defendants. | No. 2:17-cv-01115-RSM<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND RELATED DATES** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>                  Counter-Plaintiffs,<br><br>   v.<br><br>SENIOR HOUSING ASSISTANCE GROUP, et al.,<br><br>                  Counter-Defendants. | |

STIPULATION AND ORDER TO
CONTINUE TRIAL DATE AND RELATED
DATES
(No. 2:17-cv-01115-RSM) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Plaintiff and Counter-Defendant Senior Housing Assistance Group; Defendants AMTAX/Protech AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC; and Counter-Defendants Senior Housing Assistance Corporation, Steel Lake Enterprises, LLC, Lakewood Meadows Enterprises, LLC, Lynnwood Retirement Living, LLC, and Woodlands Associates, LLC (collectively the "Parties"), by and through their counsel of record, stipulate and agree as follows:

WHEREAS, the Court entered a scheduling order on October 11, 2017 (the "Scheduling Order") setting forth a trial date and related dates;

WHEREAS, the Scheduling Order provides that the trial will begin on January 15, 2019;

WHEREAS, on June 25, 2018, the Court extended the deadline for disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2) from July 19, 2018 to August 20, 2018;

WHEREAS, in light of scheduling issues that have arisen, the Parties desire a further continuance of the expert disclosure deadline from August 20, 2018 to September 7, 2018;

WHEREAS, the Parties also desire to extend the trial date and related dates to accommodate the later expert disclosure deadline and to ensure adequate time to prepare any motions related to discovery, dispositive motions, and motions in limine;

THEREFORE, subject to the approval of the Court, the Parties hereby stipulate and agree that:

- The deadline for disclosure of expert testimony under FRCP 26(a)(2) provided for in the Court's June 25, 2018 order shall be continued from August 20, 2018 to September 7, 2018;
- The deadline for filing motions related to discovery shall be continued from August 20, 2018 to September 24, 2018;

STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND RELATED DATES
(No. 2:17-cv-01115-RSM) –2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

- The deadline for completion of discovery shall be continued from September 17, 2018 to October 22, 2018;
- The deadline for filing dispositive motions shall be continued from October 17, 2018 to November 21, 2018;
- The deadline for mediation per Local Civil Rule 29.1(c)(3), if requested, shall be continued from December 3, 2018 to January 7, 2019;
- The deadline for filing motions in limine shall be continued from December 18, 2018 to January 22, 2019;
- The deadline for filing an agreed pretrial order shall be continued from January 3, 2019 to February 7, 2019;
- The deadline for filing Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits shall be continued from January 10, 2019 to February 14, 2018; and
- The trial date shall be continued from January 15, 2019 to February 19, 2019.

RESPECTFULLY SUBMITTED this 15th day of August 2018.

**Perkins Coie LLP**

By: /s/ Steven D. Merriman
David J. Burman, WSBA #10611
Steven D. Merriman, WSBA #44035
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
       SMerriman@perkinscoie.com

**Boies Schiller Flexner LLP**

Christopher Caldwell, admitted *pro hac vice*
Eric Pettit, admitted *pro hac vice*
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: 213 629 9040
Facsimile: 213 629 9022

STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND RELATED DATES
(No. 2:17-cv-01115-RSM) –3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Email: ccaldwell@bsfllp.com
         epettit@bsfllp.com

Attorneys for AMTAX/Protech AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC

**Hillis Clark Martin & Peterson, P.S.**

By: s/ Jake Ewart
Jake Ewart, WSBA #38655
Jessica C. Kerr, WSBA #49866
999 Third Avenue, Suite 4600
Seattle, WA 98104
Telephone: 206.623.1745
Facsimile: 206.623.7789
Email: jake.ewart@hcmp.com
      jessica.kerr@hcmp.com

Attorneys for Senior Housing Assistance Group and Senior Housing Assistance Corporation

**Karr Tuttle Campbell**

By: /s/ Dennis H. Walters
Dennis H. Walters, WSBA #9444
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206.223.1313
Facsimile: 203.682.7100
Email: dwalters@karrtuttle.com

Attorney for Steel Lake Enterprises, LLC; Lakewood Meadows Enterprises, LLC; Lynnwood Retirement Living, LLC; and Woodlands Associates, LLC

**IT IS SO ORDERED** this 16th day of August 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO
CONTINUE TRIAL DATE AND RELATED
DATES
(No. 2:17-cv-01115-RSM) –4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000