# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>        Plaintiff,<br><br>    v.<br><br>AMTAX HOLDINGS 260, LLC, et al.,<br><br>        Defendants. | No. C17-1115 RSM<br><br>**STIPULATION AND ORDER REGARDING THIRD-PARTY OFFERS TO PURCHASE** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>        Counter-Plaintiffs,<br><br>    v.<br><br>SENIOR HOUSING ASSISTANCE GROUP, et al.,<br><br>        Counter-Defendants. | |

STIPULATION AND ORDER REGARDING
THIRD-PARTY OFFERS TO PURCHASE

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Plaintiff and Counter-Defendant Senior Housing Assistance Group; Defendants AMTAX/Protech AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC; and Third Party Defendants Senior Housing Assistance Corporation, Steel Lake Enterprises, LLC, Lakewood Meadows Enterprises, LLC, Lynnwood Retirement Living, LLC, and Woodlands Associates, LLC (collectively the "Parties"), by and through their counsel of record, stipulate and agree as follows:

WHEREAS, Reliant Group Management, LLC ("Reliant") and Redwood Housing Partners, LLC ("RHP") are not parties to this action;

WHEREAS, the Parties seek to deem admissible at trial the facts and documents described herein;

WHEREAS, the Parties agree not to call as a witness at trial any person associated with Reliant or RHP, except as a rebuttal witness;

THEREFORE, subject to the approval of the Court, the Parties hereby stipulate and agree that the following facts represent the testimony of witnesses from Reliant and RHP and the referenced documents (referenced by Bates number) are admissible for all purposes, including at trial:

### I. Facts Related to Reliant

1. Sanjiv Kakar is the Senior Vice President of Acquisitions for Reliant. On January 19, 2016, Mr. Kakar sent an unsolicited letter to Senior Housing Assistance Group ("SHAG") (care of Mark Pulman) expressing Reliant's interest in acquiring the Lakewood Meadows Apartments ("Lakewood Meadows"). A copy of that letter can be found at Bates Nos. SHAG00014671-80, and Reliant believed the contents of that letter to be accurate at the time the letter was drafted and transmitted. From February through March 2016, Evan Wilson, a broker

STIPULATION REGARDING THIRD- PARTY
OFFERS TO PURCHASE
(No. 2:17-cv-01115-RSM) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

at Park Lane Realty Partners representing Reliant, and Mr. Kakar contacted Mr. Woolford on a number of occasions to follow up on its inquiry regarding Lakewood Meadows.

2. On May 18, 2016, Mr. Woolford sent an email to Mr. Wilson explaining that SHAG might be interested in selling three properties that it owned in partnership with an investor limited partner. On June 16, 2016, Mr. Kakar met Mr. Woolford over lunch in Seattle, Washington. During this meeting, Mr. Kakar explained Reliant's interests and discussed with Mr. Woolford the properties that SHAG might be interested in selling.

3. Between June and September 2016, Mr. Kakar and Mr. Wilson exchanged several emails with Mr. Woolford in an effort to make progress on a deal to purchase one or more of the properties Mr. Kakar had discussed with Mr. Woolford.

4. On October 12, 2016, Mr. Woolford sent Mr. Kakar an email asking what information Reliant would need in order to evaluate possible offers on the Boardwalk Apartments ("Boardwalk") and the WoodRose Apartments ("WoodRose"). Throughout October 2016, Mr. Woolford and Maurice Sharpe, a SHAG employee, provided Mr. Kakar with information about Boardwalk and WoodRose at Mr. Kakar's request.

5. On November 5, 2016, on behalf of Reliant, Mr. Kakar emailed Mr. Woolford Letters of Intent, both signed by Mr. Kakar, to purchase Boardwalk and WoodRose, along with documents describing Reliant's available financial resources. Copies of Mr. Kakar's November 5, 2016 email and its attachments can be found at Bates Nos. SHAG00015103-42. Reliant believed that the contents of Mr. Kakar's November 5, 2016 email and its attachments were accurate at the time Reliant drafted and transmitted them. Reliant had no motivations in drafting, executing, and transmitting its Boardwalk and WoodRose Letters of Intent other than the motivations expressed in those Letters of Intent.

6. On November 9, 2016, after receiving additional information from Mr. Sharpe, Mr. Kakar emailed Mr. Woolford Letters of Intent, both signed by Mr. Kakar on behalf of Reliant, to purchase two other properties: the Meridian Court Apartments ("Meridian Court")

STIPULATION REGARDING THIRD-PARTY
OFFERS TO PURCHASE
(No. 2:17-cv-01115-RSM) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

and Auburn Court Apartments ("Auburn Court"). Copies of Mr. Kakar's November 9, 2016 email and its attachments can be found at Bates Nos. SHAG00015192-231. Reliant believed that the contents Mr. Kakar's November 9, 2016 email and its attachments were accurate at the time Reliant drafted and transmitted them. Reliant had no motivations in drafting, executing, and transmitting its Meridian Court and Auburn Court Letters of Intent other than the motivations expressed in those Letters of Intent.

7. On November 12, 2016, Mr. Kakar met Mr. Woolford for lunch. Mr. Kakar recalls that, during this meeting, Mr. Woolford explained that SHAG's limited partner was frustrating SHAG's ability to move forward on Reliant's Letters of Intent.

8. From November 2016 through July 2017, Mr. Kakar and Mr. Wilson emailed Mr. Woolford to ask about the status of Reliant's Letters of Intent and to ask whether SHAG had made any progress with its limited partner. Some of these communications can be found at Bates Nos. RELIANT000091-122.

9. Mr. Kakar does not recall Mr. Woolford or anyone from SHAG ever notifying Mr. Kakar that SHAG had attempted to exercise a right of first refusal with respect to Boardwalk or WoodRose. In addition, Mr. Kakar does not recall Mr. Woolford or anyone else from SHAG having notified Mr. Kakar that Reliant's Letters of Intent to purchase Boardwalk and WoodRose were being used in connection with SHAG's attempts to exercise a right of first refusal as to those properties.

## II. Facts Related to RHP

10. Nick Boehm is a Director of RHP. On behalf of RHP, on December 10, 2015, Mr. Boehm sent an unsolicited email to Mr. Woolford attaching a Letter of Intent to acquire Lakewood Meadows. A copy of that December 10, 2015 email and its attachment can be found at Bates Nos. SHAG00014614-19. RHP believed that the contents of Mr. Boehm's December 10, 2015 email and its attachment were accurate at the time RHP drafted and transmitted them.

STIPULATION REGARDING THIRD- PARTY
OFFERS TO PURCHASE
(No. 2:17-cv-01115-RSM) – 4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

11. On December 11, 2015, Mr. Woolford responded to Mr. Boehm's December 10, 2015 email and its attachment in an email included as part of an email string that can be found at Bates Nos. SHAG00008859-75. Mr. Woolford stated, in part: "We are not currently considering selling, or re-capitalizing that property as we are still within the 15 year compliance period. We do have a property in Auburn Washington though that has met its 15 year compliance period. I can't say what we plan to do, but if you want to consider a LOI, we will look at it."

12. Mr. Boehm responded to Mr. Woolford later that same day. That correspondence is also included in the email string found at Bates Nos. SHAG00008859-75. Mr. Boehm wrote that he assumed Mr. Woolford was referring to the Auburn Court Apartments, and Mr. Boehm asked Mr. Woolford if he would share the "most recent audited financials for the property."

13. On December 14, 2015, Mr. Woolford responded with a communication also included in the email string found at Bates Nos. SHAG00008859-75. Mr. Woolford attached "a draft audit" for the Auburn North Associates Limited Partnership, a copy of which can be found at Bates Nos. SHAG00008862-75.

14. After reviewing the draft audit for the Auburn North Associates Limited Partnership, Mr. Boehm, on behalf of RHP, emailed Jay Woolford a Letter of Intent, signed by Mr. Boehm, on December 14, 2015 for Auburn Court. A copy of Mr. Boehm's December 14, 2015 email and its attachment can be found at Bates Nos. SHAG00014635-43. RHP believed that the contents of Mr. Boehm's December 14, 2015 email and attachment were accurate at the time RHP drafted and transmitted them. RHP had no motivations in drafting, executing, and transmitting its Auburn Court Letter of Intent other than the motivations expressed in that Letter of Intent.

15. Between December 2015 and the end of February 2016, Mr. Boehm and one of his colleagues, Ryan Fuson, exchanged several emails and additional documents with Mr. Woolford and Star Moss, a SHAG employee, regarding Auburn Court. Those emails and

STIPULATION REGARDING THIRD- PARTY
OFFERS TO PURCHASE
(No. 2:17-cv-01115-RSM) – 5

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

attachments can be found at SHAG00014644-61, RHP0001-2, SHAG00014666-68, SHAG00014683-85, RHP0022-27, SHAG00014686-89.

16. Between January 2016 and January 2017, Mr. Boehm exchanged several emails with Mr. Woolford. Those emails can be found at RHP0040-44.

17. In discussions regarding the existence and possible availability of Auburn Court, neither Mr. Woolford nor anyone from SHAG notified Mr. Boehm that SHAG was the holder of a right of first refusal with respect to Auburn Court, or that SHAG was seeking to exercise that right of first refusal.

RESPECTFULLY SUBMITTED this 8th day of October, 2018.

**Perkins Coie LLP**

By: /s/ Steven D. Merriman
David J. Burman, WSBA #10611
Steven D. Merriman, WSBA #44035
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
SMerriman@perkinscoie.com

**Boies Schiller Flexner LLP**

Christopher Caldwell, admitted *pro hac vice*
Eric Pettit, admitted *pro hac vice*
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: 213 629 9040
Facsimile: 213 629 9022
Email: ccaldwell@bsfllp.com
epettit@bsfllp.com

Attorneys for AMTAX/Protech AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC

STIPULATION REGARDING THIRD- PARTY OFFERS TO PURCHASE
(No. 2:17-cv-01115-RSM) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Hillis Clark Martin & Peterson P.S.**

By: s/ Jake Ewart
Jake Ewart, WSBA #38655
Jessica C. Kerr, WSBA #49866
999 Third Avenue, Suite 4600
Seattle, WA 98104
Telephone: 206.623.1745
Facsimile: 206.623.7789
Email: jake.ewart@hcmp.com
       jessica.kerr@hcmp.com

Attorneys for Senior Housing Assistance Group
and Senior Housing Assistance Corporation

**Karr Tuttle Campbell**

By: /s/ Dennis H. Walters
Dennis H. Walters, WSBA #9444
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206.223.1313
Facsimile: 203.682.7100
Email: dwalters@karrtuttle.com

Attorney for Steel Lake Enterprises, LLC;
Lakewood Meadows Enterprises, LLC;
Lynnwood Retirement Living, LLC; and
Woodlands Associates, LLC

**IT IS SO ORDERED** this 12th day of October 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING THIRD- PARTY
OFFERS TO PURCHASE
(No. 2:17-cv-01115-RSM) – 7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000