UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMTAX HOLDINGS 260, LLC, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-01115-RSM<br><br>**STIPULATION AND ORDER REGARDING DEPOSITIONS AFTER DEADLINE FOR COMPLETION OF DISCOVERY** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>　　　　　Counter-Plaintiffs,<br><br>　v.<br><br>SENIOR HOUSING ASSISTANCE GROUP, et al.,<br><br>　　　　　Counter-Defendants. | |

CERTIFICATE OF SERVICE
(No. 2:17-cv-01115-RSM) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Plaintiff and Counter-Defendant Senior Housing Assistance Group; Defendants AMTAX/Protech AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC; and Third Party Defendants Senior Housing Assistance Corporation, Steel Lake Enterprises, LLC, Lakewood Meadows Enterprises, LLC, Lynnwood Retirement Living, LLC, and Woodlands Associates, LLC (collectively the "Parties"), by and through their counsel of record, stipulate and agree as follows:

WHEREAS, the Court entered a scheduling order on October 11, 2017 setting forth a trial date and related dates;

WHEREAS, the Court entered an order to continue the trial date and related dates on August 16, 2018, pursuant to the Parties' stipulation;

WHEREAS, pursuant to the August 16, 2018 order, the deadline for completion of discovery was continued from September 17, 2018 to October 22, 2018;

WHEREAS, the Parties previously scheduled the deposition of Mieko Shikuma for October 15, 2018 but had to postpone the deposition to accommodate the deponent;

WHEREAS, the Parties desire to re-schedule the deposition of Ms. Shikuma for a later date after the October 22, 2018 deadline for completing discovery;

WHEREAS, the Parties desire to permit the deposition of Amanda Hagen to take place on October 23, 2018 and the deposition of the Washington State Housing Finance Commission to take place on November 2, 2018, in order to accommodate the schedules of the deponents;

THEREFORE, subject to the approval of the Court, the Parties hereby stipulate and agree that the Parties may schedule the depositions of Mieko Shikuma, Amanda Hagen, and the Washington State Housing Finance Commission after the October 22, 2018 deadline for completion of discovery.

STIPULATION AND ORDER REGARDING
DEPOSITIONS AFTER DEADLINE FOR
COMPLETION OF DISCOVERY
(No. 2:17-cv-01115-RSM) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

RESPECTFULLY SUBMITTED this 19th day of October, 2018.

**Perkins Coie LLP**

By: /s/ Steven D. Merriman
David J. Burman, WSBA #10611
Steven D. Merriman, WSBA #44035
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
SMerriman@perkinscoie.com

**Boies Schiller Flexner LLP**

Christopher Caldwell, admitted *pro hac vice*
Eric Pettit, admitted *pro hac vice*
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: 213 629 9040
Facsimile: 213 629 9022
Email: ccaldwell@bsfllp.com
epettit@bsfllp.com

Attorneys for AMTAX/Protech AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC

**Hillis Clark Martin & Peterson P.S.**

By: /s/ Jake Ewart
Jake Ewart, WSBA #38655
Jessica C. Kerr, WSBA #49866
999 Third Avenue, Suite 4600
Seattle, WA 98104
Telephone: 206.623.1745
Facsimile: 206.623.7789
Email: jake.ewart@hcmp.com
jessica.kerr@hcmp.com

Attorneys for Senior Housing Assistance Group and Senior Housing Assistance Corporation

STIPULATION AND ORDER REGARDING
DEPOSITIONS AFTER DEADLINE FOR
COMPLETION OF DISCOVERY
(No. 2:17-cv-01115-RSM) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| 1 | **Karr Tuttle Campbell** |
| 2 | By: /s/ Dennis H. Walters |
| 3 | Dennis H. Walters, WSBA #9444 |
|   | 701 Fifth Avenue, Suite 3300 |
| 4 | Seattle, WA 98104 |
|   | Telephone: 206.223.1313 |
| 5 | Facsimile: 203.682.7100 |
|   | Email: dwalters@karrtuttle.com |
| 6 | |
|   | Attorney for Steel Lake Enterprises, LLC; |
| 7 | Lakewood Meadows Enterprises, LLC; |
|   | Lynnwood Retirement Living, LLC; and |
| 8 | Woodlands Associates, LLC |

**IT IS SO ORDERED** this 25th day of October 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING
DEPOSITIONS AFTER DEADLINE FOR
COMPLETION OF DISCOVERY
(No. 2:17-cv-01115-RSM) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000