UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP, | No. C17-1115 RSM |
| Plaintiff, | **STIPULATION AND ORDER SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE** |
| v. | |
| AMTAX HOLDINGS 260, LLC, et al., | |
| Defendants. | |
| AMTAX HOLDINGS 260, LLC, et al., | |
| Counter-Plaintiffs, | |
| v. | |
| SENIOR HOUSING ASSISTANCE GROUP, et al., | |
| Counter-Defendants. | |

//

//

//

//

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Plaintiff and Counter-Defendant Senior Housing Assistance Group; Defendants AMTAX/Protech AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC; and Counter-Defendants Senior Housing Assistance Corporation, Steel Lake Enterprises, LLC, Lakewood Meadows Enterprises, LLC, Lynnwood Retirement Living, LLC, and Woodlands Associates, LLC (collectively the "Parties"), by and through their counsel of record, stipulate and agree as described below.

1.      The deadline for filing dispositive motions is currently November 21, 2018, pursuant to the Amended Scheduling Order to Continue Trial Date and Related Deadlines entered on August 16, 2018 (DKT No. 75).

2.      The Parties expect to file cross motions for summary judgment.

3.      The Parties have conferred pursuant to LCR 7(k) and, to accommodate the schedules of the Parties and non-parties, agree to the following summary judgment briefing schedule:  opening briefs shall be filed and served no later than November 29, 2018; opposition papers shall be filed and served no later than December 14, 2018; reply papers shall be filed and served no later than December 19, 2018.

4.      The Parties do not at this time request adjustment of any other date in the current case schedule.

//

//

//

//

//

//

//

//

**STIPULATION AND [PROPOSED] ORDER SETTING**
**SUMMARY JUDGMENT BRIEFING SCHEDULE**
**(No. 2:17-cv-01115-RSM)** *- 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington  98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

RESPECTFULLY SUBMITTED this 13th day of November, 2018.

**Hillis Clark Martin & Peterson P.S.**

By    /s/ Jake Ewart
Jake Ewart, WSBA #38655
Jessica C. Kerr, WSBA #49866
Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, Washington  98104
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  jake.ewart@hcmp.com;
          jessica.kerr@hcmp.com

*Attorneys for Senior Housing Assistance Group and Senior Housing Assistance Corporation*

**Perkins Coie LLP**

By: /s/ Steven D. Merriman
David J. Burman, WSBA #10611
Steven D. Merriman, WSBA #44035
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:   DBurman@perkinscoie.com
          SMerriman@perkinscoie.com

**Boies Schiller Flexner LLP**

Christopher Caldwell, admitted *pro hac vice*
Eric Pettit, admitted *pro hac vice*
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone:  213 629 9040
Facsimile:  213 629 9022
Email:   ccaldwell@bsfllp.com
          epettit@bsfllp.com

*Attorneys for AMTAX/Protech AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC*

**STIPULATION AND [PROPOSED] ORDER SETTING
SUMMARY JUDGMENT BRIEFING SCHEDULE
(No. 2:17-cv-01115-RSM)** *- 3*

**Karr Tuttle Campbell**

By: /s/ Dennis H. Walters
Dennis H. Walters, WSBA #9444
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206.223.1313
Facsimile: 203.682.7100
Email: dwalters@karrtuttle.com

*Attorney for Steel Lake Enterprises, LLC;*
*Lakewood Meadows Enterprises, LLC;*
*Lynnwood Retirement Living, LLC; and*
*Woodlands Associates, LLC*

**IT IS SO ORDERED** this 16th day of November.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER SETTING**
**SUMMARY JUDGMENT BRIEFING SCHEDULE**
**(No. 2:17-cv-01115-RSM)** *- 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789