THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>                  Plaintiff,<br><br>  v.<br><br>AMTAX HOLDINGS 260, LLC, et al.,<br><br>                  Defendants. | No. 2:17-cv-01115-RSM<br><br>**DEFENDANTS AND COUNTER-PLAINTIFFS' NOTICE OF MOTION RENOTED UNDER LCR 7(l)** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>                  Counter-Plaintiffs,<br><br>  v.<br><br>SENIOR HOUSING ASSISTANCE GROUP, et al.,<br><br>                  Counter-Defendants. | |

DEFENDANTS AND COUNTER-PLAINTIFFS'
NOTICE OF MOTION RENOTED
(No. 2:17-cv-01115-RSM) – 1

142376134.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

On November 29, 2018, Defendants and Counter-Plaintiffs AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC (collectively, the "Limited Partners") filed their Motion for Summary Judgment, noting the motion for consideration on January 11, 2019. Dkt. No. 89. The parties previously stipulated and the Court has ordered that oppositions to summary judgment motions are due on December 14, 2018. Dkt. No. 84. As of this filing, no party has filed an opposition to the Limited Partners' Motion for Summary Judgment.

Pursuant to LCR 7(l), the Limited Partners renote their Motion for Summary Judgment to December 21, 2018 to match the current noting dates for the two other summary judgment motions filed on the same day as the Limited Partners' motion. *See, e.g.*, Dkt. No. 85.

RESPECTFULLY SUBMITTED this 10th day of December, 2018.

**Perkins Coie LLP**

By: /s/ Steven D. Merriman
David J. Burman, WSBA #10611
Steven D. Merriman, WSBA #44035
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:  DBurman@perkinscoie.com
          SMerriman@perkinscoie.com

**Boies Schiller Flexner LLP**

Christopher Caldwell, admitted *pro hac vice*
Eric Pettit, admitted *pro hac vice*
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: 213 629 9040
Facsimile: 213 629 9022
Email:  ccaldwell@bsfllp.com
          epettit@bsfllp.com

DEFENDANTS AND COUNTER-PLAINTIFFS'
NOTICE OF MOTION RENOTED
(No. 2:17-cv-01115-RSM) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Attorneys for AMTAX/Protech AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC

DEFENDANTS AND COUNTER-PLAINTIFFS'
NOTICE OF MOTION RENOTED
(No. 2:17-cv-01115-RSM) – 3

142376134.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

On December 10, 2018, I caused a copy of a foregoing document to be electronically filed via the Court's Electronic Case Filing System, which will notify all attorneys of record of the filing.

By:   /s/ Steven D. Merriman
Steven D. Merriman

CERTIFICATE OF SERVICE
(No. 2:17-cv-01115-RSM) – 1

142376134.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000