THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>AMTAX HOLDINGS 260, LLC, et al.<br><br>    Defendants/Counter-Plaintiffs. | No. 2:17-cv-01115-RSM<br><br>**DECLARATION OF JAY WOOLFORD IN SUPPORT OF SENIOR HOUSING ASSISTANCE GROUP'S AND SENIOR HOUSING ASSISTANCE CORPORATION'S RESPONSE TO AMTAX HOLDINGS 260, LLC'S MOTION FOR SUMMARY JUDGMENT** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>SENIOR HOUSING ASSISTANCE CORPORATION, et al.<br><br>    Third-Party Defendants. | |

Pursuant to 28 U.S.C. § 1746, the undersigned hereby declares that:

1. I am over the age of eighteen. I have personal knowledge of the matters set forth in this declaration and am competent to testify in this matter.

*Declaration of Jay Woolford*
*(No. 2:17-cv-01115-RSM) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789

2.	I am the Executive Director and CEO of Senior Housing Assistance Group, now known as Sustainable Housing for Ageless Generations ("SHAG"), which is Plaintiff in this action. I have served in this role since 2010.

3.	I am also a board member and Executive Vice President of Senior Housing Assistance Corporation (SHAC), SHAG's wholly-owned for-profit subsidiary.

4.	This case involves seven Puget Sound-based low-income housing projects that provide affordable housing for seniors. SHAG has a role in each project. Each project is owned by a limited partnership.

5.	In all the projects at issue, except, Meridian Court, SHAG and SHAC have retained only approximately one percent of the fees that have flowed to the General Partners in the limited partnerships, and one percent of the operational cash flow resulting from managing the projects. SHAG receives even less cash flow in connection with Meridian Court.

6.	SHAG has not otherwise benefitted financially (including tax benefits) in any significant way to date.

7.	The benefits SHAG expects from these projects come almost entirely from its Special ROFRs. SHAG wants to exercise its Special ROFRs in order to fulfill its mission and provide as much low-income housing as possible in the region.

I hereby declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED this 14th day of December, 2018, at Maui, HI.

_____
JAY WOOLFORD

*Declaration of Jay Woolford*
*(No. 2:17-cv-01115-RSM) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

DATED this 14th day of December 2018, at Seattle, Washington.

By   *s/ Jake Ewart*
Jake Ewart, WSBA #38655
Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, Washington  98104
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email: jake.ewart@hcmp.com

ND: 21822.003 4835-7417-7666v3

*Declaration of*
*(No. 2:17-cv-01115-RSM) - 3*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington  98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789