THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>                    Plaintiff/Counter-Defendant,<br><br>       v.<br><br>AMTAX HOLDINGS 260, LLC, et al.<br><br>                    Defendants/Counter-Plaintiffs. | No. 2:17-cv-01115-RSM<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS AND COUNTER-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>                    Third-Party Plaintiffs,<br><br>       v.<br><br>SENIOR HOUSING ASSISTANCE CORPORATION, et al.<br><br>                    Third-Party Defendants. | |

THIS MATTER comes before the Court on Defendants and Counter-Plaintiffs' Motion for Summary Judgment (Dkt. 89) (the "Motion").  The Court has reviewed the record, including the Motion; the Declaration of Eric Pettit in support (Dkt. 90); the Declaration of Ryan Trane in support (Dkt. 91); Senior Housing Assistance Group's and Senior Housing Assistance Corporation's Response to AMTAX Holdings 260, LLC's Motion For Summary Judgment; the

*Order Denying Defendants and Counter-Plaintiffs' Motion for Summary Judgment (2:17-cv-01115-RSM) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington  98104
Tel: (206) 623-1745 Fax: (206) 623-7789

1  Declaration of Jake Ewart in Support of Senior Housing Assistance Group's and Senior Housing
2  Assistance Corporation's Response to AMTAX Holdings 260, LLC's Motion For Summary
3  Judgment; the Declaration of Jay Woolford in Support of Senior Housing Assistance Group's
4  and Senior Housing Assistance Corporation's Response to AMTAX Holdings 260, LLC's
5  Motion For Summary Judgment; the Response of LLC General Partners to AMTAX Motion for
6  Summary Judgment; the Second Declaration of Bryan Park in support; the reply and all
7  supporting papers; any other dispositive motions, and their supporting papers, filed by the
8  parties; any responses and replies to any other dispositive motions filed by the parties, and their
9  supporting papers; and the other papers and pleadings on file in this action.

10       Having reviewed the record and being fully advised, the Court hereby ORDERS that
11  Defendants and Counter-Plaintiffs' Motion for Summary Judgment (Dkt. 89) is DENIED.
12       DONE this _____ day of _____, 2018.

                                            _____
                                            Honorable Ricardo S. Martinez
                                            UNITED STATES DISTRICT COURT JUDGE

15  Presented by:

16  HILLIS CLARK MARTIN & PETERSON P.S.

17  By *s/Jake Ewart*
        Laurie Lootens Chyz, WSBA #14297
18      Jake Ewart, WSBA #38655
        Jessica C. Kerr, WSBA #49866
19      999 Third Avenue, Suite 4600
        Seattle, WA  98104
20      Tel: (206) 623-1745; Fax: (206) 623-7789
        E-mail:  laurie.chyz@hcmp.com
21      jake.ewart@hcmp.com
        jessica.kerr@hcmp.com
22  Attorneys for Senior Housing Assistance Group and
    Senior Housing Assistance Corporation

*Order Denying Defendants and Counter-Plaintiffs' Motion for Summary Judgment (2:17-cv-01115-RSM) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington  98104
Tel: (206) 623-1745 Fax: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

D<small>ATED</small> this 14th day of December, 2018, at Seattle, Washington.

By  *s/ Jake Ewart*
Jake Ewart, WSBA #38655
Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, Washington  98104
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  jake.ewart@hcmp.com

ND: 21822.003 4830-4205-4786v1

*Order Denying Defendants and Counter-Plaintiffs' Motion for Summary Judgment (2:17-cv-01115-RSM) - 3*

H<small>ILLIS</small> C<small>LARK</small> M<small>ARTIN</small> & P<small>ETERSON</small> P.S.
999 Third Avenue, Suite 4600
Seattle, Washington  98104
Tel: (206) 623-1745 Fax: (206) 623-7789