THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>     Plaintiff,<br><br> v.<br><br>AMTAX HOLDINGS 260, LLC, et al.,<br><br>     Defendants.<br><hr>AMTAX HOLDINGS 260, LLC, et al.,<br><br>     Counter-Plaintiffs,<br><br> v.<br><br>SENIOR HOUSING ASSISTANCE GROUP, et al.,<br><br>     Counter-Defendants. | No. 2:17-cv-01115-RSM<br><br>**DEFENDANTS AND COUNTER-PLAINTIFFS' RESPONSE TO MOTION FOR LEAVE TO FILE BRIEF OF LEADINGAGE & NATIONAL HOUSING LAW PROJECT AS** *AMICI CURIAE*<br><br>**NOTE ON MOTION CALENDAR:**<br>January 11, 2019 |

RESPONSE TO MOTION FOR LEAVE TO FILE
AMICUS BRIEF
(No. 2:17-cv-01115-RSM) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Defendants and Counter-Plaintiffs AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC (collectively, the "Limited Partners") oppose the Motion for Leave to File Brief of LeadingAge and the National Housing Law Project as *Amici Curiae* in Support of Plaintiffs' Motion for Summary Judgment and in Opposition to Defendant's Cross-Motion for Summary Judgment (Dkt. 109 (the "Motion")) for the following reasons:

First, the Motion should be rejected as untimely given that it was not filed—and the proposed amicus brief was not disclosed—until twenty days after the filing of the motion for summary judgment that the proposed brief claims to support. *Cf.* Fed. R. App. P. 29(a)(6) (requiring a potential amicus to file its brief "no later than 7 days after the principal brief of the party being supported is filed"); *Skokomish Indian Tribe v. Goldmark*, 2013 WL 5720053, at *2 (W.D. Wash. 2013) (requiring, in accordance with the Federal Rules of Appellate Procedure, that future amicus briefs be filed "no later than seven days after the party's principal brief is filed"). The Limited Partners were prejudiced by this delay because the Motion and proposed brief were not filed until the *last day* of the Court-imposed—and publicly available—summary judgment briefing schedule, thereby denying the Limited Partners *any* opportunity to respond. This delay is particularly damaging in this case, where the trial is scheduled to commence just weeks from now, on February 19, 2019.

Second, the Motion fails to establish how the issues identified in the proposed brief have any bearing on the instant litigation.

Third, to the extent that the proposed brief does address issues relevant to this action, it is duplicative of the *one hundred pages* of summary judgment briefing filed by the Plaintiff and Counter-Defendants in this action, all of whom are represented by highly competent counsel.

RESPONSE TO MOTION FOR LEAVE TO FILE
AMICUS BRIEF
(No. 2:17-cv-01115-RSM) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Fourth, the proposed brief mischaracterizes the reasons why there is not enough affordable housing in this country and erroneously contends—without any empirical support or logical basis—that refusing to treat a right of first refusal like an option in this case "would potentially cause a devastating impact on the availability of affordable housing." (Dkt. 109 at 4.)

For all of these reasons, the Limited Partners oppose the Motion, and request that it be denied. In the alternative, the Limited Partners respectfully request that, at a minimum, they be permitted to file a response to the proposed *amicus* brief within seven days of the entry of an order granting the Motion, so that the misstatements and erroneous arguments advanced in the proposed brief can be identified for the Court.

RESPECTFULLY SUBMITTED this 7th day of January, 2019.

**Perkins Coie LLP**

By: /s/ Steven D. Merriman
David J. Burman, WSBA #10611
Steven D. Merriman, WSBA #44035
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  DBurman@perkinscoie.com
          SMerriman@perkinscoie.com

**Boies Schiller Flexner LLP**

By: /s/ Eric S. Pettit
Christopher G. Caldwell, admitted *pro hac vice*
Eric S. Pettit, admitted *pro hac vice*
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone:  213 629 9040
Facsimile:  213 629 9022
Email:  ccaldwell@bsfllp.com
          epettit@bsfllp.com

Attorneys for the Limited Partners

RESPONSE TO MOTION FOR LEAVE TO FILE
AMICUS BRIEF
(No. 2:17-cv-01115-RSM) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

**CERTIFICATE OF SERVICE**

2

On January 7, 2019, I caused a copy of the foregoing document to be electronically filed

3

via the Court's Electronic Case Filing System, which will notify all attorneys of record of the

4

filing.

5

                                By:      /s/ Steven D. Merriman
                                             Steven D. Merriman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(No. 2:17-cv-01115-RSM) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000