The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>v.<br><br>AMTAX HOLDINGS 260, LLC, et al.<br><br>　　　　Defendants/Counter-Plaintiffs. | No. 2:17-cv-01115-RSM<br><br>**DECLARATION OF JAKE EWART IN SUPPORT OF SENIOR HOUSING ASSISTANCE GROUP'S AND SENIOR HOUSING ASSISTANCE CORPORATION'S MOTION IN LIMINE** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>　　　　Third-Party Plaintiffs,<br><br>v.<br><br>SENIOR HOUSING ASSISTANCE CORPORATION, et al.<br><br>　　　　Third-Party Defendants. | |

Pursuant to 28 U.S.C. § 1746, the undersigned hereby declares that:

1.　I am an attorney with the firm of Hillis Clark Martin & Peterson P.S., which represents Plaintiff Senior Housing Assistance Group and Third-Party Defendant Senior

*Declaration of Jake Ewart*
*(2:17-cv-01115-RSM)- 1*

**Hillis Clark Martin & Peterson P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745

1 | Housing Assistance Corporation in this action. I have personal knowledge of the matters set
2 | forth in this declaration and am competent to testify in this matter.
3 |   2. Attached as Exhibit A is a true and correct copy of excerpts from Defendants'
4 | Pretrial Statement, served by Defendants on Plaintiff on January 14, 2019.
5 |   3. Attached as Exhibit B is a true and correct copy of excerpts from Defendants'
6 | Expert Witness Disclosure, served by Defendants on Plaintiff on September 7, 2018.
7 |   I hereby declare, under penalty of perjury under the laws of the United States of
8 | America, that the foregoing is true and correct.
9 |   DATED this 29th day of January, 2019, at Seattle, Washington.

*s/Jake Ewart*
JAKE EWART

*Declaration of Jake Ewart*
*(2:17-cv-01115-RSM)- 2*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

DATED this 29th day of January 2019, at Seattle, Washington.

By <u>s/Jake Ewart</u>
Jake Ewart, WSBA #38655
Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: jake.ewart@hcmp.com

ND: 21822.003 4838-6719-5525v1

---

*Declaration of Jake Ewart*
*(2:17-cv-01115-RSM)- 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745

# EXHIBIT A

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>    Plaintiff,<br><br>v.<br><br>AMTAX HOLDINGS 260, LLC, et al.,<br><br>    Defendants. | No. 2:17-cv-01115-RSM<br><br>**DEFENDANTS AND COUNTER-PLAINTIFFS' PRETRIAL STATEMENT (LOCAL RULE 16(h)(5)-(7) AND 16(i)(4)-(6))** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>    Counter-Plaintiffs,<br><br>v.<br><br>SENIOR HOUSING ASSISTANCE GROUP, et al.,<br><br>    Counter-Defendants. | |

AMTAX PRETRIAL STATEMENT
(LOCAL RULE 16(h)(5)-(7) AND 16(i)(4)-(6))
(No. 2:17-cv-01115-RSM) – 1

Boies Schiller Flexner LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Pursuant to Local Rule 16(h)(5)-(7) and 16(i)(4)-(6), Defendants and Counter-Plaintiffs AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC (collectively, the "Limited Partners") submit the following Pretrial Statement. Pursuant to the agreement of the parties, the Limited Partners will supplement this Pretrial Statement to address the issues identified in Local Rule 16(h)(1)-(4) and 16(i)(1)-(3) as soon as reasonably possible, and will coordinate with the other parties to prepare and file a joint Pretrial Order within the deadline set by the Court.

## WITNESSES

Pursuant to Local Rule 16(h)(5) and 16(i)(4), the following witnesses will be called by the Limited Partners to testify at trial:

| Name | Address | Subject Matter |
|---|---|---|
| Ryan Trane | c/o Christopher Caldwell<br>Boies Schiller Flexner LLP<br>725 South Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>(213) 629-9040 | Mr. Trane is expected to testify about the low-income housing tax credit ("LIHTC") program; the Limited Partners' organizational structure and role in the LIHTC industry; the limited partnerships at issue in this litigation (the "Project Partnerships"); SHAG's efforts to self-trigger and unilaterally exercise its ROFR under Section 7.4.L of the partnership agreements for the Project Partnerships (the "Partnership Agreements"); efforts by Counter-Defendants to assist with SHAG's attempted exercise of its ROFR and hide the existence of the Global Indemnity Agreement; the repeated failures by Counter-Defendants to furnish required reports and pay resulting "Report Penalties" imposed pursuant to Section 12.1 of the Partnership Agreements; and other matters relevant to SHAG's claims and the Limited Partners' counterclaims. |

AMTAX PRETRIAL STATEMENT
(LOCAL RULE 16(h)(5)-(7) AND 16(i)(4)-(6))
(No. 2:17-cv-01115-RSM) – 1

Boies Schiller Flexner LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Declaration of Jake Ewart
(2:17-cv-01115-RSM) - 6

| Name | Address | Subject Matter |
|---|---|---|
| David Von Tilius | c/o Christopher Caldwell<br>Boies Schiller Flexner LLP<br>725 South Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>(213) 629-9040 | Mr. Von Tilius is expected to offer expert testimony regarding the matters and opinions set forth in his expert reports and deposition testimony, and to respond to testimony offered by expert witnesses proffered by SHAG or the other Counter-Defendants. |
| Jon Krabbenschmidt | c/o Christopher Caldwell<br>Boies Schiller Flexner LLP<br>725 South Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>(213) 629-9040 | Mr. Krabbenschmidt is expected to offer expert testimony regarding the matters and opinions set forth in his expert report and deposition testimony, and to respond to testimony offered by expert witnesses proffered by SHAG or the other Counter-Defendants. |

The following are possible witnesses only who may be called by the Limited Partners[1] to testify at trial:

| Name | Address | Subject Matter |
|---|---|---|
| Bryan Park | c/o Dennis H. Walters<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>(206) 223-1313 | Mr. Park may be called to testify about the current and historical relationship between SHAG and the other Counter-Defendants, including in connection with the Global Indemnity Agreement; SHAG's efforts to self-trigger and unilaterally exercise its ROFR under Section 7.4.L of the Partnership Agreements; efforts by Counter-Defendants to assist with SHAG's attempted exercise of its ROFR and hide the existence of the Global Indemnity Agreement; the repeated failures by Counter-Defendants to furnish required reports and pay resulting "Report Penalties" imposed pursuant to Section 12.1 of the Partnership Agreements; and other matters relevant to SHAG's claims and the Limited Partners' counterclaims. |

---

[1] By identifying these potential witnesses the Limited Partners are neither conceding the admissibility of their testimony nor waiving their right to seek to exclude or limit the testimony of any witness. For the avoidance of doubt, the Limited Partners reserve the right to ask the Court to exclude or limit the testimony of any witness.

AMTAX PRETRIAL STATEMENT
(LOCAL RULE 16(h)(5)-(7) AND 16(i)(4)-(6))
(No. 2:17-cv-01115-RSM) – 2

Boies Schiller Flexner LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Declaration of Jake Ewart
(2:17-cv-01115-RSM) - 7

# EXHIBIT B

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>AMTAX HOLDINGS 260, LLC, et al.,<br><br>Defendants/Counter-Plaintiffs. | No. 2:17-cv-01115-RSM<br><br>**EXPERT WITNESS DISCLOSURE OF DEFENDANTS AND COUNTER/THIRD-PARTY PLAINTIFFS** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>SENIOR HOUSING ASSISTANCE CORPORATION, et al.<br><br>Third-Party Defendants. | |

EXPERT WITNESS DISCLOSURE OF DEFENDANTS
AND COUNTER/THIRD-PARTY PLAINTIFFS
2:17-cv-01115-RSM – 1

**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St, 31st Floor
Los Angeles, CA 90017
Phone: (213) 995-5723
Fax: (213) 629-9022

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Defendants and Counter/Third Party Plaintiffs AMTAX Holdings 260, LLC; Protech Holdings W, LLC; AMTAX Holdings 259, LLC; AMTAX Holdings 261, LLC; AMTAX Holdings 258, LLC; AMTAX Holdings 257, LLC; AMTAX Holdings 164, LLC; Protech 2002-A, LLC; AMTAX Holdings 109, LLC; and Protech 2001-B, LLC designate Jon E. Krabbenschmidt and David Von Tilius as expert witnesses that Defendants and Counter/Third Party Plaintiffs may use to provide testimony for trial in this action. Mr. Krabbenschmidt and Mr. Von Tilius will generally testify concerning the Section 42(i)(7) Right of First Refusal, the Global Indemnity Agreement, and related issues.

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), the qualifications and opinions of Mr. Krabbenschmidt and Mr. Von Tilius are further described in their expert reports, and exhibits thereto, attached hereto as Exhibit 1 and Exhibit 2.

As provided by Federal Rule of Civil Procedure 26(a)(2)(D)(ii), Defendants and Counter/Third Party Plaintiffs reserve the right to designate additional experts (as well as additional areas of testimony for the experts designated herein) concerning subject matters to be addressed by any experts designated by Plaintiff/Counter-Defendant Senior Housing Assistance Group and the various Third-Party Defendants.

///
///
///

EXPERT WITNESS DISCLOSURE OF DEFENDANTS
AND COUNTER/THIRD-PARTY PLAINTIFFS
2:17-cv-01115-RSM - 2

**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St, 31st Floor
Los Angeles, CA 90017
Phone: (213) 995-5723
Fax: (213) 629-9022

1       In addition, Defendants and Counter/Third Party Plaintiffs disclose that they may use at trial, and hereby reserve the right to use at trial, any expert witnesses designated by Plaintiff/Counter-Defendant Senior Housing Assistance Group and the various Third-Party Defendants and the reports of those experts. *See, e.g., Penn Nat'l Ins. Co. v. HNI Corp.*, 245 F.R.D. 190, 193 (M.D. Pa. 2007); William W. Schwarzer, *et al., Federal Civil Procedure Before Trial* ¶ 11:375 (The Rutter Group 2013).

DATED this 7th day of September, 2018.

By: /s/ Eric S. Pettit
Christopher G. Caldwell (admitted *pro hac vice*)
Eric S. Pettit (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: 213 629 9040
Facsimile: 213 629 9022
Email: ccaldwell@bsfllp.com
      epettit@bsfllp.com

David J. Burman, WSBA #10611
Steven D. Merriman, WSBA #44035
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
      SMerriman@perkinscoie.com

Counsel for AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC

EXPERT WITNESS DISCLOSURE OF DEFENDANTS
AND COUNTER/THIRD-PARTY PLAINTIFFS
2:17-cv-01115-RSM – 3

**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St, 31st Floor
Los Angeles, CA 90017
Phone: (213) 995-5723
Fax: (213) 629-9022

Declaration of Jake Ewart
(2:17-cv-01115-RSM) - 11