THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>　v.<br><br>AMTAX HOLDINGS 260, LLC, et al.<br><br>　　　　Defendants/Counter-Plaintiffs. | No. 2:17-cv-01115-RSM<br><br>**DECLARATION OF JAKE EWART IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>　　　　Third-Party Plaintiffs,<br><br>　v.<br><br>SENIOR HOUSING ASSISTANCE CORPORATION, et al.<br><br>　　　　Third-Party Defendants. | |

Pursuant to 28 U.S.C. § 1746, the undersigned hereby declares that:

1.　I am an attorney with the firm of Hillis Clark Martin & Peterson P.S., which represents Plaintiff Senior Housing Assistance Group ("SHAG") and Third-Party Defendant Senior Housing Assistance Corporation in this action. I have personal knowledge of the matters set forth in this declaration and am competent to testify in this matter.

---

*Declaration of Jake Ewart*
*(2:17-cv-01115-RSM)- 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745

2. SHAG disclosed Robert Rozen as a potential fact witness in a supplemental initial disclosure, pursuant to Federal Rule of Civil Procedure 26(e), on July 2, 2018.

3. SHAG disclosed Robert Rozen as a potential fact witness in SHAG's pretrial statement under LCR 16(h).

4. Defendants have not taken Robert Rozen's deposition in connection with this litigation.

5. I have spoken with Robert Rozen and confirmed that he is ready, willing, and able to testify at a trial in this matter, presently scheduled to start on March 4, 2019.

6. In his proffered expert report on behalf of Defendants, David Von Tilius cites the law review article drafted by Tracy Kaye: Tracy A. Kaye, *Sheltering Social Policy in the Tax Code: The Low-Income Housing Credit*, 38 Villanova L. Rev. 871 (1993).

I hereby declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED this 6th day of February, 2019, at Seattle, Washington.

>   *s/Jake Ewart*
>   JAKE EWART

*Declaration of Jake Ewart*
*(2:17-cv-01115-RSM)- 2*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

DATED this 6th day of February 2019, at Seattle, Washington.

By  *s/Jake Ewart*
Jake Ewart, WSBA #38655
Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, Washington  98104
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  jake.ewart@hcmp.com

ND: 21822.003 4831-0732-7879v1