# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SENIOR HOUSING ASSISTANCE
GROUP,
        Plaintiff,

v.

AMTAX HOLDINGS 260, LLC, et al.,
        Defendants,

**JUDGMENT IN A CIVIL CASE**

Case No. C17-1115 RSM

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT: judgment be entered in favor of the AMTAX entities in accordance with the Findings of Fact and Conclusions of Law, and with costs awarded to the AMTAX entities.

Dated this 29th day of March 2019.

WILLIAM M. MCCOOL
Clerk

/s/ Paula McNabb
Deputy Clerk