THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>AMTAX HOLDINGS 260, LLC, et al.<br><br>Defendants/Counter-Plaintiffs. | No. 2:17-cv-01115-RSM<br><br>**SENIOR HOUSING ASSISTANCE GROUP'S NOTICE OF APPEAL** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>SENIOR HOUSING ASSISTANCE CORPORATION, et al.<br><br>Third-Party Defendants. | |



HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789

NOTICE IS HEREBY GIVEN that Plaintiff Senior Housing Assistance Group appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment, ECF Docket No. 174, entered on March 29, 2019 in the underlying district court matter, including the Findings of Fact and Conclusions of Law, ECF Docket No. 173, dated March 29, 2019, and the Order Re: Motions for Summary Judgment, ECF Docket No. 142, dated February 19, 2019. This case was filed on July 21, 2017 and the fees have been paid for appeal. This is not a cross-appeal and there has not been a previous appeal in this case.

The mailing address for the Appellant is as follows:

Laurie Lootens Chyz, WSBA #14297
Jake Ewart, WSBA #38655
Jessica C. Kerr, WSBA #49866
999 Third Avenue, Suite 4600
Seattle, WA 98104

DATED this 26th day of April, 2019.

HILLIS CLARK MARTIN & PETERSON P.S.

By *s/Jake Ewart*
Laurie Lootens Chyz, WSBA #14297
Jake Ewart, WSBA #38655
Jessica C. Kerr, WSBA #49866
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745; Fax: (206) 623-7789
E-mail: laurie.chyz@hcmp.com
jake.ewart@hcmp.com
jessica.kerr@hcmp.com

Attorneys for Senior Housing Assistance Group and Senior Housing Assistance Corporation

## REPRESENTATION STATEMENT

1. **Appellant:** Senior Housing Assistance Group

**Counsel for Appellant:**
Laurie Lootens Chyz, WSBA #14297
Jake Ewart, WSBA #38655
Jessica C. Kerr, WSBA #49866
999 Third Avenue, Suite 4600
Seattle, WA 98104
Telephone: (206) 623-1745
E-mail: laurie.chyz@hcmp.com; jake.ewart@hcmp.com; jessica.kerr@hcmp.com

All counsel for Appellant are registered for Electronic Filing in the Court of Appeals for the Ninth Circuit.

2. **Appellees:** AMTAX Holdings 260, LLC; Protech Holdings W, LLC; AMTAX Holdings 259, LLC; AMTAX Holdings 261, LLC; AMTAX Holdings 258, LLC; AMTAX Holdings 257, LLC; AMTAX Holdings 164, LLC; Protech 2002-A, LLC; AMTAX Holdings 109, LLC; Protech 2001-B, LLC

**Counsel for Appellees:**
Christopher G. Caldwell
Eric S. Pettit
Craig H. Bessenger
Mike A Gradilla
Noah Perez-Silverman
Boies Schiller Flexner LLP
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: (213) 629 9040
Email: ccaldwell@bsfllp.com; cbessenger@bsfllp.com; epettit@bsfllp.com; mgradilla@bsfllp.com; nperezsilverman@bsfllp.com

David J. Burman, WSBA #10611
Steven D. Merriman, WSBA #44035
Mallory Gitt Webster, WSBA #50025
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Email: DBurman@perkinscoie.com; SMerriman@perkinscoie.com; MWebster@perkinscoie.com

DATED this 26th day of April, 2019.

HILLIS CLARK MARTIN & PETERSON P.S.

By *s/Jake Ewart*
Laurie Lootens Chyz, WSBA #14297
Jake Ewart, WSBA #38655
Jessica C. Kerr, WSBA #49866
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745; Fax: (206) 623-7789
E-mail: laurie.chyz@hcmp.com
jake.ewart@hcmp.com
jessica.kerr@hcmp.com

Attorneys for Senior Housing Assistance Group and Senior Housing Assistance Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

DATED this 26th day of April 2019, at Seattle, Washington.

By *s/Jake Ewart*

Jake Ewart, WSBA #38655
Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: jake.ewart@hcmp.com