THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP,<br><br>                    Plaintiff,<br><br>        v.<br><br>AMTAX HOLDINGS 260, LLC, et al.,<br><br>                    Defendants. | No. 2:17-cv-01115-RSM<br><br>**DEFENDANTS AND COUNTER-PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |
| AMTAX HOLDINGS 260, LLC, et al.,<br><br>                    Counter-Plaintiffs,<br><br>        v.<br><br>SENIOR HOUSING ASSISTANCE GROUP, et al.,<br><br>                    Counter-Defendants. | |

DEFENDANTS' NOTICE OF APPEAL AND
REPRESENTATION STATEMENT
(No. 2:17-cv-01115-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Notice is hereby given that Defendants and Counter-Plaintiffs[1] appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment (Dkt. # 174) entered on March 29, 2019 in the underlying matter in the District Court for the Western District of Washington, including the Order Re: Motions for Summary Judgment (Dkt. # 142) entered on February 19, 2019.  This case was first filed in the district court on July 21, 2017 (Dkt. # 1).  Plaintiff and Counter-Defendant Senior Housing Assistance Group ("SHAG") filed its notice of appeal with the district court on April 26, 2019 (Dkt. # 178), and SHAG's appeal has been docketed as Case Number 19-35354.  The fees for this appeal have been paid.

Defendants and Counter-Plaintiffs' Representation Statement is attached to this Notice pursuant to Ninth Circuit Rule 3-2(b).

Finally, the mailing address for Defendants and Counter-Plaintiffs is:

Christopher G. Caldwell, admitted *pro hac vice*
Eric S. Pettit, admitted *pro hac vice*
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017

RESPECTFULLY SUBMITTED this 29th day of April, 2019.

**Perkins Coie LLP**

By: /s/ Steven D. Merriman
David J. Burman, WSBA #10611
Steven D. Merriman, WSBA #44035
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  DBurman@perkinscoie.com
            SMerriman@perkinscoie.com

---

[1] Defendants and Counter-Plaintiffs are AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC.

DEFENDANTS' NOTICE OF APPEAL AND
REPRESENTATION STATEMENT
(No. 2:17-cv-01115-RSM) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| 1 | |
| 2 | **Boies Schiller Flexner LLP** |
|   | Christopher Caldwell, admitted *pro hac vice* |
| 3 | Eric Pettit, admitted *pro hac vice* |
|   | 725 S Figueroa Street, 31st Floor |
| 4 | Los Angeles, CA 90017 |
|   | Telephone:  213 629 9040 |
| 5 | Facsimile:  213 629 9022 |
|   | Email:   ccaldwell@bsfllp.com |
|   |              epettit@bsfllp.com |

Attorneys for the Defendants and Counter-Plaintiffs

DEFENDANTS' NOTICE OF APPEAL AND
REPRESENTATION STATEMENT
(No. 2:17-cv-01115-RSM) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Defendants and Counter-Plaintiffs[2] identify the following parties to this action, and their counsel of record:

1. **Plaintiff and Counter-Defendant Senior Housing Assistance Group and Third-Party Defendant Senior Housing Assistance Corporation**

   Laurie Lootens Chyz
   Michael J. Ewart
   Jessica C. Kerr
   Hillis Clark Martin & Peterson
   999 3rd Avenue, Suite 4600
   Seattle, WA 98104
   Phone Number: (206) 623-7789

2. **Defendants and Counter-Plaintiffs**

   Christopher G. Caldwell
   Eric S. Pettit
   Craig H. Bessenger
   Mike A. Gradilla
   Noah Perez-Silverman
   Boies Schiller Flexner LLP
   725 S. Figueroa Street, 31st Floor
   Los Angeles, CA 90017
   Phone Number: (213) 629-9040

   David J. Burman
   Steven D. Merriman
   Mallory Gitt Webster
   Perkins Coie
   1201 3rd Ave., Ste. 4900
   Seattle, WA 98101-3099
   Phone Number: (206) 359-8000

---

[2] Defendants and Counter-Plaintiffs are AMTAX Holdings 260, LLC, Protech Holdings W, LLC, AMTAX Holdings 259, LLC, AMTAX Holdings 261, LLC, AMTAX Holdings 258, LLC, AMTAX Holdings 257, LLC, AMTAX Holdings 164, LLC, Protech 2002-A, LLC, AMTAX Holdings 109, LLC, and Protech 2001-B, LLC.

DEFENDANTS' NOTICE OF APPEAL AND
REPRESENTATION STATEMENT
(No. 2:17-cv-01115-RSM) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

3.  **Third-Party Defendants Lynwood Retirement Living, LLC; Steel Lake Enterprises, LLC; Woodlands Associates, LLC; Lakewood Meadows Enterprises, LLC**

Dennis H. Walters
Karr Tuttle Campbell
701 Fifth Ave., Ste. 3300
Seattle, WA 98104
Phone Number: (206) 223-1313

DATED this 29th day of April, 2019.

**Perkins Coie LLP**

By: /s/ Steven D. Merriman
David J. Burman, WSBA #10611
Steven D. Merriman, WSBA #44035
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  DBurman@perkinscoie.com
            SMerriman@perkinscoie.com

**Boies Schiller Flexner LLP**

Christopher G. Caldwell, admitted *pro hac vice*
Eric S. Pettit, admitted *pro hac vice*
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone:  213 629 9040
Facsimile:  213 629 9022
Email:  ccaldwell@bsfllp.com
            epettit@bsfllp.com

Attorneys for Defendants and Counter-Plaintiffs

DEFENDANTS' NOTICE OF APPEAL AND
REPRESENTATION STATEMENT
(No. 2:17-cv-01115-RSM) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

On April 29, 2019, I caused a copy of Defendants and Counter-Plaintiffs' Notice of Appeal and Representation Statement to be electronically filed via the Court's Electronic Case Filing System, which will notify all attorneys of record of the filing.

By: /s/ Steven D. Merriman
Steven D. Merriman

CERTIFICATE OF SERVICE
(No. 2:17-cv-01115-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000