1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SENIOR HOUSING ASSISTANCE GROUP,

       Plaintiff,

       v.

AMTAX HOLDINGS 260, LLC, et al.,
       Defendants.

Case No. C17-1115 RSM

TAXATION OF COSTS

14

15

16

17

18

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the

cause indicated above are hereby taxed against PLAINTIFF - SENIOR HOUSING ASSISTANCE

GROUP,  and on behalf of DEFENDANTS - AMTAX HOLDINGS 260, LLC, et al.  in the amount of

$12,434.74 and included in the judgment as follows:

19

20

21

22

23

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| Fees for transcripts necessarily obtained for use in the case. | $13,939.94 | $5,370.55 | $8,659.69 |
| Costs for the Jay Woolford and Bryan Park video depositions are not allowed.  The original trial transcript cost is withdrawn. | | | |
| Fees for witnesses. | $1,351.95 | -0- | $1,351.95 |

24

25

26

TAXATION OF COSTS -- 1

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| Fees for exemplification and the costs of making copies. | $2,423.10 | -0- | $2,423.10 |

Dated this _____13th_____ day of May, 2019.

William M. McCool, Clerk
U. S. District Court

By:_____s/ Joseph Whiteley_____
     Joseph Whiteley, Deputy in Charge

TAXATION OF COSTS -- 2