**FILED**



SEP 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP, a Washington non-profit corporation, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> AMTAX HOLDINGS 260, LLC, an Ohio limited liability corporation; et al., <br><br> Defendants-Appellees. | No.   19-35354 <br><br> D.C. No. 2:17-cv-01115-RSM <br> Western District of <br> Washington, Seattle <br><br> ORDER |
| SENIOR HOUSING ASSISTANCE GROUP, a Washington non-profit corporation, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> AMTAX HOLDINGS 260, LLC, an Ohio limited liability corporation; et al., <br><br> Defendants-Appellants, <br><br> v. <br><br> LYNNWOOD RETIRMENT LIVING, LLC; et al., <br><br> Third-party-defendants-Appellees. | No.   19-35377 <br><br> D.C. No. 2:17-cv-01115-RSM <br> Western District of <br> Washington, Seattle |

Pursuant to the stipulated motion of the parties (docket entry # 20), these cross-appeals are dismissed with prejudice. Fed.R.App.P.42(b). As stated in the motion, each side shall bear its own costs and fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By:  Lynn Warton
Deputy Clerk

9/13/19